```
                     UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOSE MAYO, | CASE NO. CV 08-5222-JVS (PJW) |
|       Petitioner, | |
|          v. | J U D G M E N T |
| MIKE MARTEL, WARDEN, | |
|       Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     9-28-10            .

                                        JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~5909307.wpd