UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAYO, | ) CASE NO. CV 08-5222-JVS (PJW) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF UNITED STATES<br>) MAGISTRATE JUDGE AND DENYING |
| MIKE MARTEL, WARDEN, | ) CERTIFICATE OF APPEALABILITY |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability should not issue in this action. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: September 28, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\Mayo v. Martel - Order accep r&r.wpd