JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAYO, ) | CASE NO. CV 08-5222-JVS (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| MIKE MARTEL, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 28, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\Mayo v. Martel - Judgment on R & R.wpd